UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CR. NO H-18- |
| vs. § | |
| § | |
| IRAIDA GRISELDA HERNANDEZ § | |
| JULIO CESAR GARCIA-LONGORIA § | 18 CR 210 |
| ARMANDO LNU § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy to Commit Kidnapping)

On or about January 10, 2018, through January 18, 2018, in the Southern District of Texas, and elsewhere,

**IRAIDA GRISELDA HERNANDEZ
JULIO CESAR GARCIA-LONGORIA, and
ARMANDO LNU,**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury, to seize, confine, kidnap, abduct, carry away, and hold JBV, for ransom, reward or otherwise, and said defendants did use any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense, namely, multiple telephone calls

between the United States and Mexico in furtherance of the conspiracy.

In violation of Title 18, United States Code, Section 1201(a)(1) & (c).

A TRUE BILL

Original signature on File<br>
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By:

EDWARD F. GALLAGHER
Assistant United States Attorney
Southern District of Texas